[No. 26396-0-I.   Division One.   May 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. OMAR
SLOAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-8-03114-2, Jim Bates, J., entered Decem-

ber 12, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., Baker, J., dissenting.